IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TALON J. LEE, <br><br> Petitioner, <br><br> vs. <br><br> TAGGART BOYD, <br><br> Respondent. | 8:22CV12 <br><br> **ORDER** |

Petitioner was ordered to file and serve a brief in response to the Respondent's Answer (filing 9) and Brief (filing 10). (*See* Filing 3.) Petitioner's brief has not been filed with the court.

IT IS ORDERED that:

1. Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before July 22, 2022. Otherwise, the matter will be ripe for consideration.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 22, 2022**: check for Petitioner's brief.

Dated this 1st day of July, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge