IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TALON J. LEE,

        Petitioner,

vs.

TAGGART BOYD,

        Respondent.

8:22CV12

ORDER

Upon consideration, and for good cause shown,

IT IS ORDERED that:

1. Petitioner's Motion for Enlargement of Time (filing 13) is granted. Petitioner shall have until September 23, 2022 to file and serve his brief in response to Respondent's answer and brief.

2. Respondent shall have 30 days after Petitioner files his brief to file a reply brief. If Petitioner fails to file a brief by the deadline, the court will consider this matter ripe for disposition.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 23, 2022**: check for Petitioner's brief.

Dated this 2nd day of September, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge