IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TALON J. LEE,

                  Petitioner,

     vs.

TAGGART BOYD,

                  Respondent.

**8:22CV12**

**ORDER**

This matter is before the Court on its own motion.  Petitioner contacted the Clerk of Court to inquire about the status of this case.  Upon consideration,

IT IS ORDERED that:  Petitioner is advised that the Court has the relevant state court records and all of the parties' briefing, and this matter is ripe for disposition.  The Court will issue a ruling on Petitioner's habeas petition in due course.

Dated this 29th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge